IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOWARD JOE SMITH,

    Plaintiff,

      v.

                            CIVIL ACTION FILE
                            NO. 1:13-CV-640-TWT

DOUGLAS COUNTY JAIL,

    Defendant.

## ORDER

This is a pro se prisoner civil rights action.  It is before the Court on the Report

and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the

action for failure to pay the filing fee.   The Court approves and adopts the Report and

Recommendation as the judgment of the Court.  This action is DISMISSED.

SO ORDERED, this 4 day of June, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge